AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2026

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| JAMES C. *Plaintiff* | ) ) |
| v. | ) ) ) |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY *Defendant* | Civil Action No.   2:26-cv-00034-RLP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   The Stipulated Motion for Remand, ECF No. 15, is GRANTED. This case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   REBECCA L. PENNELL

Date:  6/5/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*